**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1981**

———————

FRANK CARTER,

Plaintiff - Appellant,

versus

ROADWAY EXPRESS, INCORPORATED, Local Union 28;
LOCAL UNION 28,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-99-3121-6-24AK)

———————

Submitted:  January 23, 2002        Decided:  February 11, 2002

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frank Carter, Appellant Pro Se.  Richard Allison Phinney, OGLETREE,
DEAKINS, NASH, SMOAK & STEWART, Greenville, South Carolina; James
Francis Wallington, BAPTISTE & WILDER, P.C., Washington, D.C., for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Carter appeals the district court's order granting summary judgment in favor of Roadway Express, Inc., and Local Union 28 in this action alleging employment discrimination and breach of the union's duty of fair representation. 42 U.S.C. §§ 1981, 2000e-2 (1994); 29 U.S.C. § 158 (1994). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carter v. Roadway Express, Inc., No. CA-99-3121-6-24AK (D.S.C. July 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2